STATE OF NEW JERSEY v. JOHN McDERMOTT.

March 23, 1981.

Petition for certification denied. (See 175 *N.J.Super.* 334)

IN THE MATTER OF THE BOARD OF EDUCATION OF THE CITY OF TRENTON, MERCER COUNTY.

March 23, 1981.

Petition for certification granted. (See 176 *N.J.Super.* 553)

STATE OF NEW JERSEY v. HENRY JACKSON.

March 23, 1981.

Petition for certification denied.

IRVING NEWMAN v. RUTH NEWMAN.

March 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LEE POWELL.

March 23, 1981.

Petition for certification denied. (See 175 *N.J.Super.* 407)